UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paravas,

            Plaintiff,

    –v–

Tran,

            Defendant.

21-cv-0807 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiff's documents and does not need anything further at this time. The motion for default judgment will be resolved in due course.

SO ORDERED.

Dated: November 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1