```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paravas,

               Plaintiff,

    –v–

Tran,

               Defendant.

21-cv-0807 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has referred the pending Motion for Default Judgment to Magistrate Judge Parker for a Report and Recommendation, *see* Dkt. No. 27.  The Clerk of Court is respectfully asked to mail a copy of this Order and the Referral Order (Dkt. No. 27) to Petitioner and note the mailing on the public docket.

    SO ORDERED.

Dated: November 8, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge