USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISHA PARAVAS,

Plaintiff,

-against-

LONG TRAN,

Defendant.

**ORDER SCHEDULING INQUEST
HEARING**

**21-CV-807 (AJN) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

This case has been referred to me for a report and recommendation pertaining to

Defendant's default judgment.  (ECF No. 12.)  A hearing will take place on **Friday, January 21,**

**2022 at 2:00 p.m.**  The parties are directed to call into the court's teleconference line at the

scheduled time by dialing **(866) 434-5269, Access code: 4858267.**  The parties shall be prepared

to answer questions and provide testimony, as appropriate, on the damages application.

By **January 25, 2022**, Plaintiff is directed to file supporting documentation pertaining to

the attorneys' fees paid in the trademark infringement litigation that Plaintiff seeks to recover

in this action.  Claims for attorneys' fees must be supported by detailed attorney time records

and evidence of costs (such as receipts or evidence of paid invoices) introduced through an

attorney declaration.

By **January 25, 2022**, Plaintiff is also directed to file supporting documentation

pertaining to the emotional harm sustained and related damages.  Documentation should

include a sworn affidavit by Plaintiff and relevant exhibits (e.g., medical treatment records) as

applicable.

By no later than **January 14, 2022,** Plaintiff shall serve a copy of this Order via a method

intended to ensure delivery to Defendant.  Plaintiff shall file an affidavit of service of with the

Court.

**SO ORDERED.**

Dated: New York, New York
          January 11, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge

2