**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Trisha Paravas,

                Plaintiff,                              21 **CIVIL** 807 (AJN)(KHP)

       -against-                                  **DEFAULT JUDGMENT**

Long Tran,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 10, 2022, as of this date, no objections to the Report & Recommendation have been filed, and the deadline for objections has passed. Thus, the Court has reviewed the Report & Recommendation for clear error, and it found none. The Report & Recommendation is adopted in its entirety and Plaintiffs' motion for default judgment is GRANTED against Defendant on Plaintiff's breach of contract and defamation claims. Plaintiff is awarded the following: (1) breach of contract damages in the amount of $685; (2) defamation damages in the amount of $22,055; (3) court costs in the amount of $557.98; (4) pre-judgment interest on such damages, at the interest rate of $1.40 per day from February 14, 2020 through the date of entry of judgment, in the amount of $1,058.40; and (5) post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:** New York, New York
          March 10, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                          **BY:**        *K. Mango*

                                                          **Deputy Clerk**